# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**913**
**CA 14-00987**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

EDWARD MELIA, PLAINTIFF-RESPONDENT,

V                                                                ORDER

ZENHIRE, INC., ROBERT H. FRITZINGER AND
DEBORAH FRITZINGER, DEFENDANTS-APPELLANTS.
(APPEAL NO. 3.)

---

BLAIR & ROACH LLP, TONAWANDA (DAVID L. ROACH OF COUNSEL), FOR
DEFENDANTS-APPELLANTS.

SANDERS & SANDERS, CHEEKTOWAGA (HARVEY PHILIP SANDERS OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (Timothy
J. Walker, A.J.), entered February 13, 2014. The judgment awarded
plaintiff money damages.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the amended
decision at Supreme Court.

Entered: October 2, 2015                                    Frances E. Cafarell
                                                            Clerk of the Court